```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 13228
    JOHN T HARTFIELD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9139

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/16/2006 and was confirmed 01/08/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 11/02/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                         PAID           PAID
--------------------------------------------------------------------------
JP MORGAN CHASE BANK NA  CURRENT MORTG        .00           .00            .00
COOK COUNTY TREASURER    SECURED           675.00           .00         168.00
BANK OF AMERICA          UNSEC W/INTER  NOT FILED           .00            .00
BANK OF AMERICA          UNSEC W/INTER    2184.44           .00            .00
CAPITAL ONE              UNSEC W/INTER    6195.19           .00            .00
CAPITAL ONE              UNSEC W/INTER    2989.94           .00            .00
B-REAL LLC               UNSEC W/INTER    6686.59           .00            .00
B-REAL LLC               UNSEC W/INTER    6537.48           .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    4511.51           .00            .00
CITIBANK                 UNSEC W/INTER   17206.06           .00            .00
DISCOVER FINANCIAL SERVI UNSEC W/INTER    8823.29           .00            .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     516.52           .00            .00
RESURGENT CAPITAL SERVIC UNSEC W/INTER    2403.98           .00            .00
JP MORGAN CHASE BANK NA  MORTGAGE ARRE     319.00           .00            .00
SEARS                    UNSEC W/INTER  NOT FILED           .00            .00
JP MORGAN CHASE BANK NA  NOTICE ONLY    NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,684.00                      395.13
TOM VAUGHN               TRUSTEE                                         36.87
DEBTOR REFUND            REFUND                                         100.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              700.00

PRIORITY                                    .00
SECURED                                  168.00
UNSECURED                                   .00
ADMINISTRATIVE                           395.13
TRUSTEE COMPENSATION                      36.87
DEBTOR REFUND                            100.00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 13228 JOHN T HARTFIELD
```

```
                              ---------------       ---------------
TOTALS                               700.00                700.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/27/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE